UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIVETT BRACKETT,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN AIRLINES GROUP INC.,<br><br>        Defendant. | Case No. 21-cv-02681-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on February 15, 2022. Having considered the parties' proposals, *see* Dkt. No. 34, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Exchange of Opening Expert Reports | June 17, 2022 |
| Exchange of Rebuttal Expert Reports | July 1, 2022 |
| Close of Fact and Expert Discovery | July 15, 2022 |
| Dispositive Motion Hearing Deadline | August 11, 2022, at 2:00 p.m. |
| Pretrial Conference | November 1, 2022, at 3:00 p.m. |
| Jury Trial (2 days) | November 14, 2022, at 8:30 a.m. |

//
//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 2/16/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge