TIEGA-NOEL VARLACK (SBN 248203)
**VARLACK LEGAL SERVICES**
225 W. Winton Avenue, Suite 207
Hayward, CA 94544
TELEPHONE: 510.397.2008
FACSIMILE: 510 397.2997
Email: Tiega@varlacklegal.com

Attorneys for Plaintiff,
BIVETT BRACKETT

PATRICK J. KEARNS. (SBN 241602)
SARENA L. KUSTIC (SBN 292715)
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email: patrick.kearns@wilsonelser.com
         sarena.kustic@wilsoneler.com

Attorneys for Defendant, AMERICAN AIRLINES GROUP, INC.,
dba AMERICAN AIRLINES

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIVETT BRACKETT, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC. and DOES 1 through 10,<br><br>    Defendant(s). | Case No. 4:21-cv-02681-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor<br>Complaint Filed: January 11, 2021<br>Trial Date: November 14, 2022 |

Plaintiff BIVETT BRACKETT and Defendant AMERICAN AIRLINES GROUP, INC., dba AMERICAN AIRLINES (erroneously sued herein as AMERICAN AIRLINES, INC.), collectively "the Parties," hereby submit this stipulation and proposed order, pursuant to ADR Local Rule 6-5, as follows:

///

1     WHEREAS, on February 15, 2022, the Parties appeared for the Initial Case Management Conference, and agreed to complete mediation within 120 days;

3     WHEREAS, on February 22, 2022, the Parties submitted their stipulation selecting ADR process, requesting June 15, 2022, as the deadline to complete mediation, and this Court entered the order accordingly on February 23, 2022;

6     WHEREAS, on February 25, 2022, this Court appointed Robert Hirsch as the mediator in this case;

8     WHEREAS, on March 10, 2022, the Parties had a conference with Mr. Hirsch who confirmed his availability did not allow for a mediation prior to the current deadline, so the Parties agreed to mediate with Mr. Hirsch on Friday July 1, 2022;

11     NOW THEREFORE, the Parties agree and stipulate, and respectfully request the Court extend the current deadline for mediation from June 15, 2022, to July 15, 2022. The Parties have, by copy of this Stipulation, informed the ADR Case Administrator and believe Mr. Hirsch is doing the same.

15     Pursuant to Local Rule 5.1(i)(3), counsel for Defendant hereby attests that all signatories listed below, and on whose behalf the filing is being submitted, concur in the filing's content and have authorized the filing.

Dated: March 17, 2022     **VARLACK LEGAL SERVICES**

By:   */s/ Tiega Varlack*
       Tiega Varlack, Esq.
       Attorneys for Plaintiff
       BIVETT BRACKETT

Dated: March 17, 2022     **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By:   */s/ Sarena Kustic*
       Patrick J. Kearns, Esq.
       Sarena L. Kustic, Esq.
       Attorneys for Defendant
       AMERICAN AIRLINES GROUP, INC., dba AMERICAN AIRLINES

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing therefore, this Court GRANTS the Parties' request and hereby extends the deadline to complete mediation from June 15, 2022, to July 15, 2022.

SO ORDERED.

DATED:  3/18/2022

Hon. Haywood S. Gilliam, Jr.
United States District Court