# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIVETT BRACKETT, an individual,<br><br>                  Plaintiff,<br><br>  vs.<br><br>AMERICAN AIRLINES, INC. and DOES 1 through 10,<br><br>                  Defendant(s). | Case No. 4:21-cv-02681-HSG<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE, PURSUANT TO F.R.C.P. SECTION 41 (a)(1)(A)(ii)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed: January 11, 2021<br>Trial Date: November 15, 2022 |

After consideration of the parties' Joint Motion for Order of Dismissal with Prejudice, this Court hereby GRANTS the parties' motion and dismisses this case with prejudice.

DATED: 8/1/2022

                                                      _____
                                                      Honorable Haywood S. Gilliam, Jr.